**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Alaric Wayne Hunt, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2018-000550

Appeal From The Administrative Law Court
S. Phillip Lenski, Administrative Law Judge

Unpublished Opinion No. 2020-UP-028
Submitted January 1, 2020 – Filed January 29, 2020

**AFFIRMED**

Alaric Wayne Hunt, pro se.

Christina Catoe Bigelow, of the South Carolina
Department of Corrections, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: SCALC Rule 62 ("Upon motion of any party, or on its own motion, an Administrative Law [Court] may dismiss an appeal . . . for failure to comply with any of the time limits provided by this section."); *Sanders v. S.C. Dep't of Corr.*, 379 S.C. 411, 417, 665 S.E.2d 231, 234 (Ct. App. 2008) ("In an appeal of the final

decision of an administrative agency, the standard of appellate review is whether the AL[C]'s findings are supported by substantial evidence . . . .").[1]

**AFFIRMED.**[2]

**THOMAS, GEATHERS, and HEWITT, JJ., concur.**

---

[1] Because the dismissal was proper, this court need not address Hunt's remaining arguments. *See Futch v. McAllister Towing of Georgetown, Inc.*, 335 S.C. 598, 613, 518 S.E.2d 591, 598 (1999).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.